IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ISHMAEL K. WHITAKER,              *

    Plaintiff,                    *

vs.                               *

SHERIFF COUNTRYMAN et al.,        *    CASE NO. 4:21-cv-165-CDL-MSH

    Defendants.                   *

                              *

O R D E R

After a de novo review of the record in this case, the Report and Recommendation (ECF No. 48) filed by the United States Magistrate Judge on November 21, 2022 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 17th day of January, 2023.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA